**FILED**

06/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0090

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0090

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ALOYSIUS DENNIS BLACK CROW,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 25, 2023, within which to prepare, file, and serve the State's response brief.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 20 2023